3

1  THE SUNTAG LAW FIRM
   A Professional Corporation
2  DANA A. SUNTAG (California State Bar No. 125127)
   ZOEY P. MERRILL (California State Bar No. 268331)
3  The Kress Building
   20 North Sutter Street, Fourth Floor
4  Stockton, California 95202
   Telephone: (209) 943-2004
5  Facsimile:  (209) 943-0905

6  Proposed Attorneys for Chapter 7 Trustee
7  GARY R. FARRAR

8                UNITED STATES BANKRUPTCY COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 In Re:                                ) NO: 10-91675-E-7
                                         )
12 HANNY GEUL MEYER,                     ) DC No.: SLF 2
                                         )
13                                       ) **MOTION FOR AUTHORIZATION TO**
          Debtor.                        ) **SELL THE ESTATE'S INTEREST IN A**
14                                       ) **VEHICLE**
                                         )
15                                       ) Date: August 25, 2010
                                         ) Time: 10:30 a.m.
16                                       ) Place: Department E
                                         ) Honorable Ronald H. Sargis
17 _____)

MOTION FOR AUTHORIZATION
TO SELL THE ESTATE'S                    1
INTEREST IN A VEHICLE

Chapter 7 Trustee Gary R. Farrar respectfully moves for authorization to sell the estate's nonexempt interest in a 2004 Nissan Murano (the "Nissan") to Debtor Hanny Geul Meyer (the "Debtor") for $4220.

The Trustee believes the sale of the estate's interest in the Nissan is in the best interests of the creditors and this Court should approve it pursuant to Bankruptcy Code Section 363(b).

The Trustee represents the following:

1. On April 30, 2010, the Debtor filed this bankruptcy case. Gary R. Farrar was appointed Chapter 7 Trustee.

2. The Debtor disclosed an interest in the Nissan in her Schedules. She valued the Nissan at $11,260 and claimed $2725 exempt.

3. The nonexempt equity in the Nissan is property of the bankruptcy estate. (Farrar Decl. ¶ 2).

4. The Trustee wishes to liquidate the nonexempt equity in the Nissan and obtain maximum value for the estate. (Farrar Decl. ¶ 3).

5. The Trustee entered into negotiations with the Debtor, through her attorney. (Farrar Decl. ¶ 4).

6. As a result of the negotiations, the Trustee has entered into a proposed sale with the Debtor under which the Debtor will purchase the estate's equity in the Nissan for $4220 (the "Purchase Amount") (collectively, the "Sale"). (Farrar Decl. ¶ 5, Ex. A).

7. The Sale is conditional on Bankruptcy Court approval of this motion and is subject to overbidding at the hearing on this Motion. (Farrar Decl. ¶ 6).

8. Bankruptcy Code Section 363(b) provides that a trustee, after notice and a hearing, may sell property of the bankruptcy estate other than in the ordinary course of business.

9. The Trustee believes the Sale is in the best interests of creditors. (Farrar Decl. ¶ 7).

WHEREFORE, the Trustee respectfully requests that the Court grant this motion and that it grant such further and other relief as may be just and proper.

Dated: July 16, 2010

THE SUNTAG LAW FIRM
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Proposed Attorneys for Chapter 7 Trustee
GARY R. FARRAR